**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00429-REB-08

UNITED STATES OF AMERICA,

    Plaintiff,

v.

8. ALICIA PENKHAY,
    a/k/a Alicia Penkay,

    Defendant.

---

**MINUTE ORDER**[1]

---

    On September 10, 2009, the court conducted a telephonic setting conference setting the above-captioned matter for a change of plea. After conferring with counsel, and with their consent,

    **IT IS ORDERED** that on **December 11, 2009**, commencing at 10:00 a.m., the court shall conduct a change of plea hearing in the above captioned matter. **Counsel for the parties shall deliver or e-mail a courtesy copy of all change of plea documents separately to Judge Blackburn's chambers AND to the Probation Department not later than 48 hours before the change of plea hearing date**. *See* D.C.COLO.LCrR 11.1C. If the documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy. On the date of the hearing, counsel shall then bring with them an original and one (1) copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

    Dated: September 10, 2009

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.